JS - 6

**FILED: 11/26/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WEST BARKER )<br>)<br>        Plaintiff, )<br>                      ) <br>        vs. )<br>                      )<br>CITY OF GLENDALE, et al )<br>                      )<br>        Defendants. )<br>_____ ) | CASE NO. CV 11-8446 GHK (Ex)<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FOURTEEN (14) DAYS**, to reopen the action if settlement is not consummated.

Dated:   11/26/12

_____
GEORGE H. KING
Chief United States District Judge